(July 19, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL GUZMAN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on April 21, 1978, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him to three to nine years' imprisonment, unanimously affirmed. Application by appellant's counsel to withdraw is denied. Although there appears to be an issue which, arguably, lends itself to appellate presentation, our review of the record indicates that it does not warrant reversal. Therefore, it is not necessary to relieve present counsel and assign new counsel. In the light of our conclusion, counsel's motion to withdraw should be denied. *(People v Myrick,* 70 AD2d 833; *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). Concur —Sandler, J. P., Bloom, Markewich, Silverman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY GEOGHEGAN, Appellant.—Motion granted to the extent of striking the words "and as a matter of discretion in the interest of justice" from the opinion filed with the order of this court entered on May 24, 1979 [68 AD2d 279, 287] and resettling said order to reflect such deletion. Resettled order signed and filed. Concur—Murphy, P. J., Kupferman, Sullivan and Markewich, JJ.